| |[pic] | |
|Chief Justice | |Nueces County Courthouse |
|Rogelio Valdez | |901 Leopard, 10th Floor |
| | |Corpus Christi, Texas |
|Justices | |78401 |
|Nelda V. Rodriguez | |361-888-0416 (Tel) |
|Dori Contreras Garza | |361-888-0794 (Fax) |
|Gina M. Benavides | | |
|Gregory T. Perkes | |Hidalgo County |
|Nora L. Longoria | |Administration Bldg. |
| | |100 E. Cano, 5th Floor |
|Clerk | |Edinburg, Texas 78539 |
|Dorian E. Ramirez | |956-318-2405 (Tel) |
| | |956-318-2403 (Fax) |
| | | |
| | |www.txcourts.gov/13thcoa |
| |Court of Appeals | |
| |Thirteenth District of Texas | |
| | | |

 September 4, 2015

|Hon. F. Leighton Durham III |Hon. Laura E. Gutierrez Tamez |
|Attorney at Law |111 Soledad St., Suite 1900 |
|P.O. Box 224626 |Riverview Towers |
|Dallas, TX 75222 |San Antonio, TX 78205 |
|* DELIVERED VIA E-MAIL * |* DELIVERED VIA E-MAIL * |
| | |
|Hon. Scott T. Clark |Hon. Morgan McPheeters |
|P. O. Box 1429 |Kelly, Durham & Pittard, LLP |
|134 E. Van Buren, Suite 301 |P.O. Box 224626 |
|Harlingen, TX 78551 |Dallas, TX 75222 |
|* DELIVERED VIA E-MAIL * |* DELIVERED VIA E-MAIL * |

Re: Cause No. 13-14-00700-CV, 13-15-00119-CV
Tr.Ct.No. 2014-DCL-1353-G
Style: Harlingen Medical Center, Limited Partnership v. Rosa Andrade,
 as Next Friend of M. H. A., a minor child, et al.

Dear Counsel:

 The above-referenced causes have been set for submission and oral
argument in Edinburg in the Court of Appeals for the Thirteenth District of
Texas in its courtroom located on the 5th floor of the Administration
Building, 100 E. Cano, Edinburg, Texas on Thursday, October 22, 2015 at
9:00 a.m., before a panel consisting of Justices Garza, Benavides, and
Longoria.

 The Court has determined these cases merit oral argument. Tex. R.
App. P. 39.7. Please be advised that oral argument will be combined. The
Court expects both parties to be present and ready for argument even if
only one party has requested oral argument. Each side is allowed twenty
minutes to present its case. If additional time is needed, you must file a
motion requesting same prior to the date of submission. This Court looks
with disfavor on the failure of lawyers to appear after having requested
oral argument or last minute notices of waived argument. We consider these
practices to be discourteous and it prevents the Court from scheduling
other cases for submission.

 If this setting presents an irreconcilable conflict in your court
schedule, it will be necessary for you to file a motion to postpone
argument.

 Very truly yours,
 [pic]
 Dorian E. Ramirez, Clerk

|DER:pf| |